# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MUHAMMED FOFANA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:18-cv-1738-AKK-TMP |
| SCOTT HASSELL, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss Petition as Moot, filed December 3, 2018. Doc. 6. In the motion, Respondents note Petitioner was removed from the United States to Gambia on November 28, 2018. Doc. 6-1. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed. The Order to Show Cause, doc. 2, is withdrawn. A separate order will be entered.

**DONE** the 4th day of December, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE